463 A.2d 28

Cunningham, Appellant v. Cunningham.

Argued March 1, 1983. Robert J. Matthews, for appellant; Bruce Allen Nicholson, for appellee.

Before CERCONE, P.J., CAVANAUGH and WIEAND, JJ.

The order of the lower court is affirmed.

WIEAND, J., dissented.